**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02256-BNB

VINCE EDWARD WILSON,

    Applicant,

v.

CHARLES DANIELS,

    Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On November 1, 2013, Applicant filed a Letter with the Court asking that the Court send a copy of the Application he sent to the Court on October 28, 2013. Applicant also requests a copy of the Docket in this case

    Pursuant to the United States District Court, District of Colorado, Schedule of Fees, reproduction of any record or paper is $.50 per page. Photocopies of previous filings must be paid for in advance. The Application dated October 29, 2013, and received by the Court on November 1, 2013, is fifty-nine pages long and the Docket is two pages long. Once Applicant has submitted $30.50 to the Court for copying the sixty-one pages, the Clerk of the Court will send the requested photocopies to Applicant.

Dated:  November 6, 2013